Exhibit A

Buckeye

# SUBSCRIPTION AGREEMENT

This Subscription Agreement is made by and between Cable Television Laboratories, Inc., a Delaware membership corporation (the "Corporation"), and the undersigned operator of a cable television system located in the United States, Canada, or Mexico (the "Operator"). In consideration of the mutual premises and the agreements hereinafter set forth, and for other good and valuable consideration, the adequacy of which is hereby acknowledged, the parties agree as follows:

1. The Operator, desiring to become a Member of the Corporation, acknowledges receipt of a copy of the Certificate of Incorporation of the Corporation (the "Certificate") and By-Laws of the Corporation (the "By-Laws").

2. The Operator agrees, as a condition of its admission as Member of the Corporation, to comply with and be bound by the terms and conditions contained in the Certificate and By-Laws, as the same shall be amended from time to time. Specifically, and not by way of limitation:

a. The Operator agrees, pursuant to Section 3.1 of the By-Laws, to remain a Member of the Corporation for a period of not fewer than three years from its admission as a Member.

b. The Operator agrees to pay such dues as may be specified in Section 4.1 of the By-Laws, as such dues may be adjusted from time to time by the Board of Directors of the Corporation in accordance with the terms of the By-Laws, as the same may be amended from time to time, which terms are incorporated herein by this reference.

3. The Operator agrees to indemnify the Corporation against any and all damages, losses, collection expenses (including reasonable attorneys' fees), claims or costs suffered or incurred by the Corporation caused by or arising out of the breach or nonfulfillment of the obligations set forth in paragraph 2.

4. The restrictions contained herein are necessary for the protection of the business and goodwill of the Corporation and its Members and are considered by the Operator to be reasonable for such purpose. The Operator agrees that any breach of this Agreement will cause the Corporation and its Members substantial and irrevocable damage and, therefore, in the event of any such breach, in addition to other remedies that may be available, the Corporation shall be entitled to specific performance and injunctive or other equitable relief.

5. This Agreement shall not be terminated by the Operator upon fewer than three years written notice to the Corporation.

6. The Corporation hereby admits the Operator as a Member, on the terms and conditions set forth herein and in the Certificate and By-Laws, as the same shall be amended from time to time.

7. The Corporation agrees to use the dues contributed by the Operator and by other operators of cable television systems to conduct and sponsor research and development with respect to new and existing cable and cable-related technologies on behalf of and for the benefit of the Operator.

8. This Agreement shall not be assigned by the Operator, by operation of law or otherwise, except to a successor to all or substantially all of the business of the Operator by merger or consolidation or by the acquisition of all or substantially all of the capital stock or assets of the Operator. Such assignment shall not be effective unless and until the later of (a) the execution and delivery by the assignee to the Corporation of a written agreement confirming its intent to be bound by the terms hereof and (b) a determination by the Board of Directors, pursuant to Section 3.3 of the By-Laws, that the assignee is eligible for membership in the Corporation. Notwithstanding the foregoing, this Agreement shall be binding upon and inure to the benefit of the successors and assigns of the parties to this Agreement.

9. This Agreement shall be governed by, and construed in accordance with, the laws of the State of Delaware.

EXECUTED as of this 3rd day of June, 1992.

**Cable Television Laboratories, Inc.**

Represented By: [signature]

Chief Operating Officer

Title

**Buckeye Cablevision, Inc.**

James W. Dryden

Represented By: [signature]

Vice President Engineering

Title

Subscr Agmt--Buckeye(Contracts)