Exhibit B

67

Cable Television Laboratories, Inc.

# MEMBERSHIP CONFIRMATION

CableLabs®

**FOR AND IN CONSIDERATION OF** the temporary dues rebate from Cable Television Laboratories, Inc. ("CableLabs"), ____________________(the "Operator") hereby agrees that:

1. The Subscription Agreement entered into by Operator upon becoming a member of CableLabs shall not be terminated by the Operator upon fewer than three years written notice to the Corporation, and such Subscription Agreement remains in full force and effect;

2. Any previous notice of termination of membership is hereby rescinded and it shall have no further force or effect; and

3. The Operator agrees to pay the dues, less any applicable credit or rebate, assessed to it as such a member, for so long as it remains a member of CableLabs.

**"OPERATOR"**
Name of Member Company:

Buckeye Cablevision Inc.

By: David G. Huey
Name: David G. Huey
Title: President
Date: 4/16/97

P/M/R/membership confirmation

400 Centennial Parkway
Louisville, Colorado 80027-1266
Phone: 303.661.9100
Fax: 303.661.9199
http://www.cablelabs.com
http://www.cablenet.org