**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:18-cv-03129-___-___

Cable Television Laboratories, Inc., a Delaware corporation,

Plaintiff,

v.

Buckeye Cablevision, Inc., an Ohio corporation,

Defendant.

---

**CORPORATE DISCLOSURE STATEMENT**

---

Plaintiff, Cable Television Laboratories, Inc. ("CableLabs"), by its attorneys, makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1(a):

1. CableLabs is a non-stock membership corporation organized und existing under the laws of the State of Delaware. CableLabs has no stockholders.

2. CableLabs has no parent corporation.

SHERMAN & HOWARD L.L.C.

/s/ *Robert E. Youle*

Robert E. Youle
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
(303) 299-8452
ryoule@shermanhoward.com

Attorneys for Plaintiff
Cable Television Laboratories, Inc.